# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**COURTNEY MANGO,**

    **Plaintiff,**

**vs.**
                                                         Case No.: 2:19-cv-3120
                                                         **JUDGE GEORGE C. SMITH**
                                                         Magistrate Judge Vascura

**CITY OF COLUMBUS,** *et al.***,**

    **Defendants.**

## ORDER

On January 3, 2020, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be dismissed without prejudice against Defendants Franklin County, Ohio and John/Jane Doe pursuant to Rule 4(m) for failure to timely effect service of process. (Doc. 43). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Defendants Franklin County, Ohio and John/Jane Doe are hereby dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to timely effect service of process.

The Clerk shall remove Document 43 from the Court's pending motions list.

    **IT IS SO ORDERED**.

                                                         */s/ George C. Smith*
                                                         **GEORGE C. SMITH, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**